UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

FERMIN GONZALEZ,

                            Defendant.
-------------------------------------------------------------X

95-CR-721
(TCP)

MEMORANDUM
AND
ORDER

PLATT, District Judge.

        Before the Court is Defendant's _pro se_ Motion for Disposition and/or for Emergency Relief, dated June 4, 2006, requesting that the Court amend Defendant's Sentence _Nunc Pro Tunc_, or alternatively pursuant to Rule 60(a) of the Federal Rules of Civil Procedure. By Memorandum and Order dated March 20, 2006, the Court considered and denied this same motion and stated that any future request or motion by Defendant that bears upon the matters addressed therein would be summarily rejected. Accordingly, Defendant's instant motion is rejected.

SO ORDERED.

                                                   s/s Thomas C. Platt
                                                   Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
         June 19, 2006